IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANA HARRIS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.
_____/

No. C 10-03377 WHA

**ORDER REGARDING
BRIEFING SCHEDULE**

    Since this social security appeal was recently transferred into this district from North Carolina, the standard procedural order (which both sides should have already received) shall be amended as follows: instead of ninety days from the service of the summons and complaint, which has already passed, defendant shall have until September 30, 2010, to serve and file an answer, together with a certified copy of the transcript of the administrative record. All other deadlines shall remain as specified in the standard procedural order (Dkt. No. 13).

    **IT IS SO ORDERED.**

Dated: August 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE