IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANA HARRIS,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.
                              /

No. C 10-03377 WHA

**ORDER TO SHOW CAUSE**

     This social security appeal was transferred to the United States District Court for the Northern District of California from the Eastern District of North Carolina in August 2010 (Dkt. No. 12). Defendant received service of the summons and complaint in early May 2010 (Dkt. Nos. 6–9). On August 17, the undersigned judge issued two scheduling orders, providing defendant until September 30 to serve and file an answer to the complaint, together with a certified copy of the transcript of the administrative record (Dkt. Nos. 13–14). It is now October 12, and the government has not complied with the scheduling order. The government is therefore **ORDERED TO SHOW CAUSE** why it has not filed an answer by the September 30 deadline **BY NOON ON TUESDAY, OCTOBER 19, 2010**.

     **IT IS SO ORDERED.**

Dated: October 12, 2010.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE