IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>  Defendant.<br>                                                         / | No. C 10-03377 WHA<br><br>**ORDER RE COMMISSIONER'S RESPONSE TO THE ORDER TO SHOW CAUSE** |

The undersigned has reviewed the response to the order to show cause that was filed yesterday by the Commissioner. The government's explanation for its failure to timely answer plaintiff's complaint — caused apparently by an administrative mix-up that occurred after this matter was transferred here from another district — is accepted. The Commissioner shall file its answer (which has already been drafted) within **THREE CALENDAR DAYS** and serve the appropriate parties with both a copy of its answer and the administrative transcript. The procedural order shall govern all remaining deadlines in this appeal (*see* Dkt. No. 13).

**IT IS SO ORDERED.**

Dated: October 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE