IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANA HARRIS,

    Plaintiff,

  v.

MICHAEL J ASTUE, Commissioner,
Social Security Administration,

    Defendant.
                                 /

No. C 10-03377 WHA

**ORDER TO SHOW CAUSE**

After some delay caused by an administrative mix-up, the Commissioner's answer in this social security appeal was filed on October 26, 2010. The administrative record then was filed on October 28, 2010. This delay was excused, and plaintiff's motion for default judgment, a directed verdict, and summary judgment —based entirely on the Commissioner's delayed filing of an answer — was denied (Dkt. Nos. 19, 23).

Pursuant to Civil Local Rule 16-5 and the order denying plaintiff's motion for default judgment, plaintiff should have filed a motion for summary judgment within 30 days of service of the Commissioner's answer and administrative record. No filing has been made. Accordingly, plaintiff is ordered to show cause why her claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If plaintiff fails to file a written response to this order to show cause by **DECEMBER 23, 2010**, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE