IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANA HARRIS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration

    Defendant.
                                     /

No. C 10-03377 WHA

**ORDER SETTING HEARING
ON PLAINTIFF'S MOTION**

On January 3, 2011, this action was dismissed for failure to prosecute, and judgment was entered accordingly. On February 24, 2011, pro se plaintiff Shana Harris filed a motion to set aside the judgment. Harris did not notice a date for her motion to be heard. A hearing on the motion is hereby **SET** for **2:00 P.M. ON APRIL 7, 2011**. In accordance with the local rules, defendant may file an opposition to the motion by **MARCH 17, 2011**, and plaintiff may file a reply to the opposition by **MARCH 24, 2011**.

**IT IS SO ORDERED.**

Dated: February 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE