IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant.<br>                         / | No. C 10-03377 WHA<br><br>**ORDER DENYING<br>DEFENDANT'S<br>REQUEST TO APPEAR<br>BY TELEPHONE** |

      Defendant's counsel's request to appear at the April 14 hearing by telephonic conference call is **DENIED**. The available courtroom equipment does not make telephonic appearances feasible. Each party or its representative must appear at the hearing in person.

      **IT IS SO ORDERED.**

Dated: April 7, 2011.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE