**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANA HARRIS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.
                                    /

No. C 10-03377 WHA

**ORDER SETTING
ASIDE JUDGMENT AND
TRANSFERRING CASE**

      Pro se plaintiff Shana Harris filed this action in March 2010, in the United States District Court for the Eastern District of North Carolina (Dkt. No. 5). On defendant's motion, it was transferred to this district in August 2010 (Dkt. No. 12). In January 2011, the action was dismissed for failure to prosecute, and judgment was entered (Dkt. Nos. 25–26). Harris now moves to set aside the judgment (Dkt. No. 28). This order follows a hearing on the motion.

      Harris has not received notice of many of the filings and orders in this action. The main reason for this failure of notice is that Harris neglected to include her apartment number in the address she provided on the front of her complaint. The incomplete address problem was exacerbated by the fact that Harris has been living part-time in California and part-time in North Carolina. Harris plans to move to North Carolina permanently within the next month.

      Pursuant to FRCP 60(b), a court "may relieve a party or its legal representative from a final judgment" for any "reason that justifies relief." The failure of notice in this action is a

reason that justifies relief. At the April 14 hearing, defendant declined to vigorously oppose Harris's motion. As stated at the hearing, Shana Harris's motion to set aside the judgment is **GRANTED**. The January 3 order dismissing the action for failure to prosecute and the judgment entered the same day are both **VACATED**.

At the April 14 hearing, the parties also discussed the most suitable forum for continuing to litigate this action. Plaintiff prefers to proceed in the North Carolina court in which she filed the action. Defendant stipulated agreement to a transfer of venue to that court. Accordingly, the action is hereby **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina. **THE CLERK SHALL FORWARD THE FILE.** All future notices to Harris shall be sent to the North Carolina address she provided at the April 14 hearing. As a courtesy to Harris, the clerk may also send duplicate copies to Harris's complete California address for the next two weeks.

**IT IS SO ORDERED.**

Dated: April 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE